**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Cargo Jet Carriers, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOANIS GONZALEZ ESPINOSA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CARGO JET CARRIERS, INC., a corporation; KEVIN MICHAEL KELLY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:24-cv-01588-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, stipulate to dismiss this case in its entirety, with prejudice, and with each party responsible for their own attorney's fees and costs.

DATED December 31, 2024.                    DATED December 31, 2024.

**MAINOR ELLIS, LLP**                       **HALL & EVANS, LLC**

/s/ [signature]                             /s/ [signature]

BRADLEY S. MAINOR, ESQ. (#7434)             ADAM KNECHT, ESQ. (#13166)
ADAM ELLIS, ESQ. (#14514)                   TODD B. TUGGLE, ESQ. (#6151)
TAYLOR K. CALMELAT, ESQ. (#16681)           Nevada Bar No. 6151
8367 W. Flamingo Road, Suite 200            1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89147                         Las Vegas, NV 89144
*Attorneys for Plaintiff*                   *Attorney for Defendants*

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party is responsible for its own attorney's fees and costs.

Dated this __3__ day of January, 2025.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT